# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAYSEN N. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Case # 1:21CV826 |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

By Order entered on February 2, 2022, the Court directed Plaintiff to fill out a summons for each defendant, including an address suitable for service, and then return the summons(es) to the Clerk. The Court noted that failure to provide an address wherein service may be made on any defendant would result in the dismissal of the action as to all such unserved defendants after 90 days. See Fed. R. Civ. P. 4(m). Over 180 days have passed, twice the time allowed, but Plaintiff has failed to return any summonses to the Clerk's Office. It appears that Plaintiff may no longer wish to pursue this case.[1] The Court will therefore recommend that the case be dismissed for failure to comply with the Court's

---

[1] The Court notes that in the Plea Agreement in his criminal case (1:20CR370-1 [Doc. #17]), Plaintiff agreed that he "hereby abandons interest in, and consents to the official use, destruction, or other disposition of each item seized and/or maintained by any law enforcement agency during the course of the investigation, unless such item is specifically provided for in another section of this plea agreement" and further waived "any and all notice of any proceeding to implement the official use, destruction, or other disposition of such item."

Order and failure to prosecute. However, if Plaintiff returns the summons(es) and a notice of intent to proceed within 14 days, the matter should be referred to the undersigned for further consideration.

**IT IS THEREFORE RECOMMENDED** that this case be dismissed without prejudice for failure to comply with the Court's Order and failure to prosecute. However, if Plaintiff returns the summons(es) and a notice of intent to proceed within 14 days, the matter should be referred to the undersigned for further consideration.

This, the 15th day of September, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge