IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAYSEN N. JACKSON,                )
                                  )
            Plaintiff,            )
                                  )
    v.                            )    1:21-cv-826
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Defendant.            )

## ORDER

On September 15, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5, 6.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 22nd day of March, 2023.

_____
United States District Judge